**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **JAMES MCCODE** | : | **NO. 06-543-04** |

## ORDER

**NOW,** this 2nd day of July, 2025, upon consideration of the Motion to Correct Sentence Under 28 U.S.C. § 2255 (Doc. No. 198), the Amended Motion to Correct Sentence Under 28 U.S.C. § 2255 (Doc. No. 200), the government's supplemental responses, and defendant's reply, it is **ORDERED** that the motions are **GRANTED.**

**IT IS FURTHER ORDERED** that defendant's conviction under 18 U.S.C. § 924(e) is **VACATED**.

    /s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.